B27 (Official Form 27) (12/09)

**FILED FEB 02 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

United States Bankruptcy Court
**Cental** District of **California**

In re: **Michael & Grace Aspray**

Case No: **09-33564** PN

Chapter - **7**

Debtor

# REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: **US BANK HOME MORTGAGE**

2. Amount of the debt subject to this reaffirmation agreement:
   $ **264,533.51** of bankruptcy    $ **264,533.51** be paid under reaffirmation agreement

3. Annual percentage rate of interest: **5.875** % prior to bankruptcy
   **5.875** % under reaffirmation agreement ( **X** Fixed Rate _____ Adjustable Rate)

4. Repayment terms (if fixed rate): $ **2,007.15** month for **294** months
   * *Payment amounts are subject to change with yearly escrow analysis.*

5. Collateral, if any, securing the debt: Current market value: $ **272,000.00**
   Description: **23791 Golden Pheasant, Murrieta CA 92562**

6. Does the creditor assert that the debt is nondischargeable? ____ Yes **X** No
   (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | | Debtor's Income and Expenses as Stated on Reaffirmation Agreement |
|---|---|---|
| 7A. Total monthly income from $5997 Schedule I, line 16 | 7B. | Monthly income from all $ 5997 sources after payroll deductions |
| 8A. Total monthly expenses $5719 from Schedule J, line 18 | 8B. | Monthly expenses $ 5719 |
| 9A. Total monthly payments on $____ reaffirmed debts not listed on Schedule J | 9B. | Total monthly payments on $ 0 reaffirmed debts not included in monthly expenses |
| | 10B. | Net monthly income $ 278 (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets) |

b003174407

B27 (Official Form27) (12/09)                                                                Page 2

11.   Explain with specificity any difference between the income amounts (7A and 7B):

     _____
     _____
     _____

12.   Explain with specificity any difference between the expense amounts (8A and 8B):

     _____
     _____
     _____

   If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____          _____
Signature of Debtor (only required if         Signature of Joint Debtor (if applicable,
line 11 or 12 is completed)                   and only required if line 11 or 12 is
                                              completed)

**Other Information**

☐   Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:_____
_____

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
**X** Yes ____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
____ Yes           ____ No

### FILER'S CERTIFICATION

   I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

                         _____
                         Signature

                         **Ericka Quarles, Bankruptcy Specialist**
                         Print/Type Name & Signer's Relation to Case

B240A (Form B240A) (12/09)

> Check one.
> ☐ **Presumption of Undue Hardship**
> ☐ **No Presumption of Undue Hardship**
> See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.

**UNITED STATES BANKRUPTCY COURT**
District of _California_

In re _Michael E. Grace Aspray_
Debtor

Case No. _09-33564_
Chapter _7_

## REAFFIRMATION DOCUMENTS

Name of Creditor: _US BANK HOME MORTGAGE_

☐ Check this box if Creditor is a Credit Union

### I. REAFFIRMATION AGREEMENT

Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this Reaffirmation Documents packet.

1. Brief description of the original agreement being reaffirmed: _RESIDENCE_
   _For example, auto loan_

2. **AMOUNT REAFFIRMED**: $ _264,533.51_

   The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before the date you sign this Reaffirmation Agreement.

   See the definition of "Amount Reaffirmed" in Part V.C below.

3. The **ANNUAL PERCENTAGE RATE** applicable to the Amount Reaffirmed is _5.875_%.

   See definition of "Annual Percentage Rate" in Part V.C below.

   This is a (check one)   ☒ Fixed rate          ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

4. Reaffirmation Agreement Repayment Terms:

☐ If fixed term, $2007.15 per month for 294 months starting on 1st of each month
*Payment amounts subject to change with yearly escrow analysis.
☐ If not fixed term, describe repayment terms: _____.

5. Describe the collateral, if any, securing the debt:

Description:  
Current Market Value

MORTGAGE LOAN  
ORIGINAL LOAN DATE 3/25/04  
MATURITY DATE 4/01/34  
$ ___/___

6. Did the debt that is being reaffirming arise from the purchase of the collateral described above?

☐ Yes   ☐ No

If yes, what was the purchase price for the collateral?  $ ___/___
If no, what was the amount of the original loan?  $ 272,000.00

7. Detail the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due (including fees and costs) | $ _____ | $ _____ |
| Annual Percentage Rate | _____ % | _____ % |
| Monthly Payment | $ _____ | $ _____ |

8. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit: _____

## II. DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

1. Were you represented by an attorney during the course of negotiating this agreement?

Check one.  ☑ Yes   ☐ No

2. Is the creditor a credit union?

Check one.  ☐ Yes   ☑ No

3. If your answer to EITHER question 1. or 2. above is "No" complete a. and b. below.

    a.. My present monthly income and expenses are:

        i. Monthly income from all sources after payroll deductions (take-home pay plus any other income)      $ 5797

        ii. Monthly expenses (including all reaffirmed debts except this one)      $ 3990

        iii. Amount available to pay this reaffirmed debt (subtract ii. from i.)      $ 2007

        iv. Amount of monthly payment required for this reaffirmed debt      $ 2007

*If the monthly payment on this reaffirmed debt (line iv.) is greater than the amount you have available to pay this reaffirmed debt (line iii.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

    b. I believe this reaffirmation agreement will not impose an undue hardship on my dependents or on me because:

        Check one of the two statements below, if applicable:

        ☐ I can afford to make the payments on the reaffirmed debt because my monthly income is greater than my monthly expenses even after I include in my expenses the monthly payments on all debts I am reaffirming, including this one.

        ☐ I can afford to make the payments on the reaffirmed debt even though my monthly income is less than my monthly expenses after I include in my expenses the monthly payments on all debts I am reaffirming, including this one, because: _____

        Use an additional page if needed for a full explanation.

4. If your answers to BOTH questions 1. and 2. above were "Yes," check the following statement, if applicable:

    ☐ I believe this reaffirmation agreement is in my financial interest and I can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

## III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I (We) hereby certify that:

i. I (We) agree to reaffirm the debt described above.

ii. Before signing this reaffirmation agreement, I (we) read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

iii. The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

iv. I am (We are) entering into this agreement voluntarily and fully informed of my (our) rights and responsibilities; and

v. I (We) have received a copy of this completed and signed Reaffirmation Documents packet.

SIGNATURE(S):

Date __1/28/10__  Signature _____ Debtor

Date __1/28/10__  Signature _____ Joint Debtor, if any

If a joint reaffirmation agreement, both debtors must sign.

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor __US BANK HOME MORTGAGE__    4801 FREDERICA STREET
        Print Name                    OWENSBORO KENTUCKY 42301
                                      Address

__ERICKA QUARLES__                    Signature _____ Date 1/14/10
Print Name of Representative

## IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date __1/28/10__  Signature of Debtor's Attorney _____

Print Name of Debtor's Attorney __Charles W. Edwards__